5,483-21

**SUBSEQUENT**

**WRIT OF HABEAS CORPUS**

**CERTIFIED COPIES OF**

**POST CONVICTION**

FROM:              183RD CRIMINAL COURT

OF

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

HARRIS COUNTY, TEXAS

BRADLEY, MERIA JAMES
1328927-C

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

# INDEX

PAGE

DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER      1

STATE'S MOTION REQUESTING DESIGNATION OF ISSUES      2

STATE'S PROPOSED ORDER DESIGNATING ISSUES      3

LETTER TO APPLICANT      6

CERTIFICATE OF THE CLERK      7

REV: 01-02-04

**Belinda Hill**
**Interim First Assistant**



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

August 15, 2014

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

> Re: Ex parte <u>BRADLEY, MERIA JAMES</u>
> No. <u>1328927-C</u> in the <u>183RD</u>
> District Court of Harris County, Texas
> Filing date: 08/13/2014

Date copy of writ delivered to District Attorney's Basket: <u>August 15, 2014</u>
By: ***R. GARCIA***

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

AUG 1 8 2014
_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

SEP 0 2 2014
Time: 4:15
Harris County, Texas
By_____
Deputy

IMAGED

CAUSE NO. 1328927-C

EX PARTE                                    §        IN THE 183RD DISTRICT COURT

                                            §        OF

MERIA JAMES BRADLEY,                        §        HARRIS COUNTY, TEXAS
    Applicant

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issue which needs to be resolved:

1. Whether the applicant was denied the effective assistance of counsel.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

> Mr. Meria James Bradley
> TDCJ # 1837524
> Polunsky Unit
> 3872 FM 350 South
> Livingston, Texas  77351

SIGNED this 2nd day of September, 2014.

Respectfully submitted,

*Sharon Y. Chu*

Sharon Y. Chu
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
Texas Bar I.D. #24051950



FILED
Chris Daniel
District Clerk

SEP 0 2 2014

Time:_____4:15_____
Harris County, Texas
By_____ Deputy

CAUSE NO. 1328927-C

| | | |
|---|---|---|
| EX PARTE | § | IN THE 183RD DISTRICT COURT |
| | § | OF |
| MERIA JAMES BRADLEY, Applicant | § | HARRIS COUNTY, TEXAS |

### STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant was denied the effective assistance of counsel.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the State's Proposed Order Designating Issues in cause number 1328927-C.**

SIGNED on the ____ day of _____, 20____

_____
PRESIDING JUDGE

**FILED**
Chris Daniel
District Clerk

SEP 0 2 2014

Time: 4:15
Harris County, Texas

By Deputy

CAUSE NO. 1328927-C

| | | |
|---|---|---|
| EX PARTE | § | IN THE 183RD DISTRICT COURT |
| | § | OF |
| MERIA JAMES BRADLEY, Applicant | § | HARRIS COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

Service has been accomplished by sending a copy of this instrument to the following address:

Mr. Meria James Bradley
TDCJ # 1837524
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

SIGNED this 2nd day of September, 2014.

Respectfully submitted,

Sharon Y. Chu

Sharon Y. Chu
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657
Texas Bar ID 24051950

2



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

September 5, 2014

DEVON ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1328927-C in the 183rd District Court.

☐ State's Original Answer Filed          ,

☐ Affidavit          ,

☒ Court Order Dated September 4, 2014

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order          ,

☐ Other

Sincerely,

Roxana Garcia, Deputy
Criminal Post Trial

rg

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

September 5, 2014

BRADLEY, MERIA JAMES # 1837524
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1328927-C in the 183rd District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☒ Court Order Dated September 4, 2014

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Roxana Garcia, Deputy
Criminal Post Trial

rg

Enclosure(s) — STATE'S PROPOSED ORDER DESIGNATING ISSUES

SUPPLEMENTAL
CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS           {   IN THE 183rd DISTRICT COURT

COUNTY OF HARRIS           {   OF HARRIS COUNTY, TEXAS


I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing   7   pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 1328927-C including the

petition, all answers filed by the State, the Order of the Court (entered on the 15TH day

of JULY,A.D., 2015 ) and each document, the inclusion of which was thereby ordered.


I further certify the Applicant BRADLEY, MERIA JAMES is in the custody of the Texas

Department of Criminal Justice Institutional Division.


Witness my hand and seal of said Court at Houston, Texas, on this the 17th day of

JULY, 2015.


CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
Roxana Garcia , Deputy